IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAMIAN BUTLER, et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
| vs. | ) Cause No.: 2:19-cv-02377-JAR-JPO |
| | ) |
| DAIMLER TRUCKS NORTH AMERICA LLC and DAIMLER AG, | ) |
| | ) |
|     Defendants. | ) |

**DAIMLER AG'S[1] MOTION FOR ENTRY OF A FINAL JUDGMENT PURSUANT TO RULE 54(b)**

Pursuant to Rule 54(b), Fed. R. Civ. P., specially appearing Defendant Daimler AG hereby respectfully moves this Court to enter a final judgment as to Daimler AG for lack of personal jurisdiction for the reasons set forth in the Court's Order dated August 18, 2020. The grounds for this motion are more fully set forth in the memorandum in support, filed contemporaneously herewith.

---

[1] Daimler AG appeared in this matter for the special/limited purpose of challenging personal jurisdiction.

- 2 -

Respectfully submitted,

*/s/ Christopher M. Hohn*
Christopher M. Hohn, KS# 78268
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000
Fax:  (314) 552-7000
chohn@thompsoncoburn.com

***Attorney for Specially Appearing Defendant Daimler AG***

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, the foregoing was filed via the Court's Electronic Filing System.  Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties of record.

*/s/ Christopher M. Hohn*
Christopher M. Hohn