# United States District Court

------------------------- DISTRICT OF KANSAS---------------------

| | |
|---|---|
| **DAMIAN BUTLER,** Individually, as Administrator of the Estate of Teresa Butler and O/B/O the Heirs-at-law of Teresa Butler, Deceased; **ALEXANDER P. COHEN, GERALD Y. COHEN and WILLIAM E. COHEN**, Individually and O/B/O the Heirs-at-law of Sheldon H. Cohen, Deceased; **ALEXANDER P. COHEN, GERALD Y. COHEN and WILLIAM E. COHEN**, Individually and O/B/O the Heirs-at-law of Virginia Cohen, Deceased; **NICOLE GATES,** as Next Friend of M.G., Minor and Heir-at-law of Ricardo Mireles, Deceased; **ALISHA MIRELES,** Individually, and as Next Friend of T.M., Minor, as Heirs-at-law of Ricardo Mireles, Deceased; **TERRIE MYERS**, as Next Friend of L.M, Minor and Heir-at-law of Ricardo Mireles, Deceased; and **DIANE M. SANFORD,** Individually, as the Administrator of the Estate of Karen Kennedy and O/B/O the Heirs-at-law of Karen L. Kennedy, Deceased, <br><br>         Plaintiffs**,** <br><br>         v**.** <br><br>**DAIMLER TRUCKS NORTH AMERICA, LLC,** <br><br>         Defendants**.** | Case No. 19-2377-JAR |

**Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Court's Memorandum and Order filed on June 16, 2022 (Doc. 131), that Defendant Daimler Trucks North America's Motion for Summary Judgment (Doc. 117) is **granted**.

**IT IS SO ORDERED.**

6/16/2022  SKYLER B. O'HARA
Date  CLERK OF THE DISTRICT COURT

by:  s/Bonnie Wiest
            Deputy Clerk